Michael S. Sorgen (SBN 43107)
Ashley Connell (SBN 277522)
LAW OFFICES OF MICHAEL S. SORGEN
Richard A. Hoyer (SBN 151931)
HOYER & ASSOCIATES
240 Stockton Street, Ninth Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Fax: (415) 956-6342, (415) 276-1738
Email: msorgen@sorgen.net; aconnell@sorgen.net; rhoyer@hoyerlaw.com

Attorneys for Plaintiff
MOHAMMED RAHOOF

Kathleen Maylin (State Bar No. 155371)
Conor J. Dale (State Bar No. 274123)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: maylink@jacksonlewis.com; conor.dale@jacksonlewis.com

Attorneys for Defendant
YUSEN LOGISTICS (AMERICAS) INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED RAHOOF<br><br>  Plaintiff,<br><br>  vs.<br><br>YUSEN LOGISTICS (AMERICAS) INC.<br><br>  Defendant. | Case No.  CV 12-3390 LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF MOHAMMED RAHOOF** : ORDER<br><br>[Fed.R.Civ.P. 41(a)(1)(ii)] |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff Mohammed Rahoof against Defendant Yusen Logistics (Americas) Inc.  Each side will bear its own costs with regard

Case No. CV 12-3390 LB

1

STIPULATION OF DISMISSAL WITH PREJUDICE

to these causes of action.

IT IS SO STIPULATED.

Dated: February 11, 2013                **LAW OFFICES OF MICHAEL S. SORGEN**

By: ___s/ Ashley Connell___
Ashley Connell
Attorneys for Plaintiff
MOHAMMED RAHOOF

Dated: February 11, 2013                **JACKSON LEWIS LLP**

By: _____
Kathleen Maylin
Attorneys for Defendant
YUSEN LOGISTICS (AMERICAS) INC.

ORDER APPROVING STIPULATION RE DISMISSAL WITH PREJUDICE
The Court, having considered the parties' stipulation submitted herein, and good cause appearing therefore, hereby orders that this action is dismissed with prejudice in its entirety as to all parties.
IT IS SO ORDERD.
Date: February 19, 2013

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. CV 12-3390 LB                     2
STIPULATION OF DISMISSAL WITH PREJUDICE